

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '07 MJ 8925

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Juan Pablo RENDON-Inzunza, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about November 13, 2007 within the Southern District of California, defendant Juan Pablo RENDON-Inzunza, did knowingly and intentionally import approximately 27.48 kilograms (60.46 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Vincent McDonald Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF NOVEMBER 2007.

_____
Pete C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Pablo RENDON-Inzunza

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent (S/A) Vincent McDonald.

On November 13, 2007, at approximately 1023 hours, Juan Pablo RENDON-Inzunza entered the U. S. from the Republic of Mexico via the Calexico, CA East Port of Entry. RENDON was the sole occupant, driver, and registered owner of a 2004 Volkswagen Beetle.

Customs & Border Protection Officer (CBPO) D. Montero was conducting primary inspections in lane #1 and obtained a negative Customs declaration from RENDON. RENDON stated he was destined to Calexico, CA. CBPO D. Montero referred RENDON and the vehicle to vehicle secondary (VS) for further examination.

In the VS inspection area, CBPO J. Lopez continued the inspection of RENDON. CBPO J. Lopez observed RENDON pacing back and forth in front of the vehicle, exhaling deeply, and shaking his hands.

CBPO J. Lopez asked CBPO C. Randolph to assist him inspecting the 2004 Volkswagen Beetle. CBPO C. Randolph utilized his canine to inspect the vehicle. CBPO C. Randolph informed CBPO J. Lopez that the canine had alerted to the rear seat area of the vehicle.

CBPO J. Lopez then drove the vehicle to the x-ray machine and observed anomalies in the rear seat area of the vehicle. CBPO J. Lopez inspected the rear seat of the vehicle and discovered 22 packages hidden inside of a compartment. A package was probed and field-tested positive for cocaine, a Schedule II Controlled Substance. A total of 27.48 kilograms (60.46 pounds) of cocaine was discovered.